| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with N.J.N. JBR 9004-2(c)**<br>Ronald Gellert (No. 019321997)<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>Phone: (302) 425-5800<br>Fax: 302-425-5814<br>Email: rgellert@gsbblaw.com<br><br>*Counsel for Discover Bank,*<br><br>In re:<br><br>RENEE LUCHTMAN,<br><br>          Debtor. | Case No. 19-22614 (MBK)<br><br>Chapter 13<br><br>Judge: The Honorable<br>     Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT Gellert Scali Busenkell & Brown, LLC hereby appears on behalf of Discover Bank ("Discover") as its interests may appear pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), and 342 of the Bankruptcy Code, and requests that all notices given or required be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

    Ronald Gellert, Esquire
    Amy D. Brown, Esquire
    Gellert Scali Busenkell & Brown, LLC
    1201 North Orange Street, Suite 300
    Wilmington, DE 19801
    Phone: (302) 425-5800
    Fax: 302-425-5814
    Email: rgellert@gsbblaw.com
       abrown@gsbblaw.com

Please take further notice that, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice and Request is not intended to and shall not be deemed or construed to be a waiver by such creditor (i) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or related to this case, or (ii) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, in law or in equity, all of which are hereby expressly reserved and preserved.

Dated: July 31, 2019	**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Ronald Gellert*
Ronald Gellert (No. 019321997)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com

*Counsel for Discover Bank*